**Order entered May 16, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00330-CV

## IN RE KENNETH L. BUHOLTZ, Relator

**Original Proceeding from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-51173-2010**

## ORDER
Before Justices Bridges, Osborne, and Carlyle

Before the Court is relator's petition for writ of mandamus. We request that the real party in interest and Respondent file their responses, if any, to the petition for writ of mandamus **by May 31, 2019.**

/s/    CORY L. CARLYLE
        JUSTICE